## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. André M. Espinosa, U.S.M.J. |
| v. | : Mag. No. 21-11217 (AME) |
| YASEEN SALIH | : **CONTINUANCE ORDER** |

**THIS MATTER** having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant United States Attorney), and defendant Yaseen Salih (by Peter Willis, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 15, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to discuss the matter and conduct plea negotiations in an effort to resolve the case; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and two prior continuance having been entered on the consent of the parties and the matter having been continued from December 28, 2021 through January 31, 2022 pursuant to Standing Order 21-11 due to the impacts of the COVID-19 pandemic; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to consult with counsel in order to allow the opportunity to investigate the charges;

(2) The United States and the defendant have jointly represented that the

parties desire additional time to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 13th day of January 2022;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through March 15, 2022; and it is further

**ORDERED** that the period from the date this Order is signed through March 15, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/André M. Espinosa
_____
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

Form and entry consented to:

_____
Sara F. Merin
Assistant United States Attorney

_____
Peter Willis, Esq.
Counsel to Defendant Yaseen Salih